UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FLOYD VERNON PHILLIPS, | ) Case No.: 1: 2009-cv-00415-SJD-TSB |
| | ) [Judge Dlott] |
| Plaintiff, | ) |
| | ) |
| -vs.- | ) |
| | ) |
| EXEL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

*Denied per FRCP 60(b)*
*Susan J. Dlott 3/8/12*

## MOTION FOR RELIEF FROM JUDGMENT OF PLAINTIFF FLOYD VERNON PHILLIPS

NOW COMES Plaintiff Floyd Vernon Phillips, by and through undersigned counsel and hereby moves this Court for relief from judgment based upon excusable neglect. This motion is supported by the Declaration of Floyd Vernon Phillips which is attached hereto.

Respectfully Submitted,

*/s/ Geoffrey P. Damon, Esq.*
Geoffrey P. Damon, Esq. [0029397]
Law Offices of Blake R. Maislin LLC
214 East Ninth Street, Fifth Floor
Cincinnati, Ohio 45202
(513) 721-5555
(513) 721-5557 (FAX)
E-mail: gpdamon@fuse.net

Trial Attorneys for Plaintiff Floyd Vernon Phillips